FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 JUL 26 AM 9:21
CLERK _____
SO. DIST OF GA.

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INFORMATION |
| ) | CR 417-140 |
| AARON L. WOODARD ) | |
| ) | |
| Defendant ) | |

## ORDER

The Government's motion to dismiss the foregoing Information without prejudice is GRANTED.

SO ORDERED, this 26th day of July, 2018.

_____
HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA